# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LESLIE D. SAYRE, | No. SA CV 13-0866-PLA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for the award of benefits consistent with the Memorandum Opinion.

DATED: July 1, 2014

　　　　　　　　　　　　　　　　　　　　 /s/ Paul L. Abrams
　　　　　　　　　　　　　　　　　　　　 PAUL L. ABRAMS
　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE