UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| Leslie D. SAYRE, | ) |
| | ) Case No. 8:13-cv-00866-PLA |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER AWARDING |
| | ) EAJA ATTORNEY FEES |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act ("EAJA") Fees ("Stipulation"), IT IS HEREBY ORDERED that Plaintiff be awarded attorney fees in the amount of FIVE THOUSAND DOLLARS ($5,000.00) under the EAJA, 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. § 1920, and subject to the terms and conditions of the Stipulation.

Date: August 14, 2014        _____
                              HONORABLE PAUL L. ABRAMS
                              UNITED STATES MAGISTRATE JUDGE

1